UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CRIMINAL ACTION NO. 3:07-CR-40-H
CIVIL ACTION NO. 3:12-CV-305-H

TIMOTHY J. MITTS                                                                              PETITIONER

v.

UNITED STATES OF AMERICA                                                            RESPONDENT

**MEMORANDUM OPINION AND ORDER**

Petitioner, Timothy J. Mitts, has filed the current complaint under 28 U.S.C. § 2255 for ineffective assistance of counsel.  The Magistrate Judge performed a thorough review and recommended denial of the motion.  Petitioner filed objections which did not raise any new or substantial issues.

The Court has reviewed the Magistrate Judge's Report and Petitioner's objections.  The Court agrees with the Magistrate Judge's comprehensive Report and Recommendation.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Petitioner's motion and petition are DENIED, and the complaint is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the certificate of appealability under 28 U.S.C. § 2253(c) is DENIED.

This is a final order.

cc:    Timothy J. Mitts, Pro Se
        Counsel of Record
        Magistrate Judge Dave Whalin